UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HOPE DORTON,

    Plaintiff,

v.                                                 Case No: 8:22-cv-2899-CEH-MRM

FUNKO, LLC,

    Defendant.
_____

**ORDER**

    This cause comes before the Court on Plaintiff Hope Dorton's Notice of Voluntary Dismissal (Doc. 16).  In the Notice, filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff voluntarily dismisses, with prejudice, her individual claims, without costs, and dismisses, without prejudice, the alleged class claims, without costs.

    In accord with the Notice of Voluntary Dismissal, it is **ORDERED:**

1) This cause is dismissed.  Plaintiff's individual claims are dismissed, with prejudice, and the alleged class claims are dismissed, without prejudice.  Each party shall bear its own costs and attorneys' fees.

2) The Clerk is directed to **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida on March 1, 2023.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies furnished to: Counsel of Record; Unrepresented Parties